AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America<br>v.<br>**CHRISTOPHER GAY**<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>3:13mj202 (WIG) |

**FILED**
2013 MAY 23  P 3:34
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 11, 2013__ in the county of __Fairfield__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1201 | Conspiracy to Commit Kidnapping |
| 18 U.S.C. Section 1951 | Hobbs Act Robbery |
| 18 U.S.C. Section 924(c) | Use of A Firearm During and In Relation To A Crime of Violence |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Jennifer Berry
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/21/2013__

/s/ William I. Garfinkel, USMJ
*Judge's signature*

City and state: __Bridgeport, Connecticut__   Hon. William I. Garfinkel, U.S. Magistrate Judge
*Printed name and title*