UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT

GRAND JURY B-12-2

FILED

2013 MAY 30 P 4: 30

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA

v.

TIMOTHY FORBES,
WILLIAM DAVIS,
JEFFREY HOUSTON,
CHRISTOPHER GAY and
KASAM HENNIX

CRIMINAL NO. 3:13CR100 (RNC)

VIOLATIONS:

18 U.S.C. § 1201(c) (Conspiracy to commit kidnapping)

18 U.S.C. § 1201(a)(1) (Kidnapping)

18 U.S.C. § 1951(a) (Conspiracy to interfere with commerce through robbery)

18 U.S.C. § 1951(a) (Interference with commerce through robbery, threats and violence)

18 U.S.C. § 924(c)(1)(A) (Use of a firearm during and in relation to a crime of violence)

18 U.S.C. § 1201(a)(1) (Aiding and abetting)

18 U.S.C. § 981(a)(1)(C) and 2461(c) (Criminal Forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Commit Kidnapping)

1. From approximately March 1, 2013 through approximately April 11, 2013, in the District of Connecticut and elsewhere, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly and willfully conspire to violate Title 18,

United States Code, Section 1201.

2. It was a part and an object of the conspiracy that defendants FORBES, DAVIS, HOUSTON, GAY and HENNIX, together with others known and unknown to the Grand Jury, would unlawfully seize, confine, kidnap and abduct Victim #1, Victim #2, Victim #3 and Victim #4, whose identities are known to the Grand Jury, for the purpose of committing robbery, and defendants FORBES, DAVIS HOUSTON, GAY and HENNIX did travel interstate and did use a facility and instrumentality of interstate commerce, that is, a cellular telephone, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the District of Connecticut and elsewhere:

a. Between approximately March 29, 2013 and April 4, 2013, defendants FORBES and HOUSTON traveled from Pennsylvania to Connecticut.

b. Between approximately March 29, 2013 and April 4, 2013, defendants FORBES and HOUSTON placed a Global Positioning System (GPS) on Victim #2's car.

c. On approximately April 11, 2013, defendants FORBES, DAVIS, HOUSTON, GAY and HENNIX traveled into Connecticut from places outside of Connecticut.

d. On approximately April 11, 2013, defendants FORBES, DAVIS, HOUSTON, GAY and HENNIX went to an apartment in Meriden, Connecticut, where Victim #1 and Victim #2 were staying.

e. On approximately April 11, 2013, defendant GAY stood guard over Victim #3 and Victim #4 inside the victims' apartment.

f. On approximately April 11, 2013, defendants DAVIS, HOUSTON and HENNIX forced Victim #1 and Victim #2 into Victim #1's vehicle.

g. On approximately April 11, 2013, defendants DAVIS, HOUSTON and HENNIX drove Victim #1 and Victim #2 to Lenox Jewelers in Fairfield, Connecticut.

h. On approximately April 11, 2013, defendants DAVIS, HOUSTON and HENNIX forced Victim #1 and Victim #2 to grant them entry to Lenox Jewelers.

i. On approximately April 11, 2013, defendant FORBES stood guard outside Lenox Jewelers.

All in violation of Title 18, United States Code, Section 1201(c).

COUNT TWO
(Kidnapping of Victim #1)

4. On or about April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly, intentionally and unlawfully seize, confine, kidnap and abduct Victim #1, whose identity is known to the Grand Jury, for the purpose of committing robbery, and did travel interstate and did use a facility and instrumentality of interstate commerce, that is, a cellular telephone, in committing and in furtherance of the commission of the offense.

In violation of Title 18, United States Code, Section 1201(a)(1) and Section 2.

COUNT THREE
(Kidnapping of Victim #2)

5. On or about April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly, intentionally and unlawfully seize, confine, kidnap and abduct Victim #2, whose identity is known to the Grand Jury, for the purpose of committing robbery, and did travel interstate and did

use a facility and instrumentality of interstate commerce, that is, a cellular telephone, in committing and in furtherance of the commission of the offense.

In violation of Title 18, United States Code, Section 1201(a)(1) and Section 2.

COUNT FOUR
(Kidnapping of Victim #3)

6. On or about April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly, intentionally and unlawfully seize, confine, kidnap and abduct Victim #3, whose identity is known to the Grand Jury, for the purpose of committing robbery, and did travel interstate and did use a facility and instrumentality of interstate commerce, that is, a cellular telephone, in committing and in furtherance of the commission of the offense.

In violation of Title 18, United States Code, Section 1201(a)(1) and Section 2.

COUNT FIVE
(Kidnapping of Victim #4)

7. On or about April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly, intentionally and unlawfully seize, confine, kidnap and abduct Victim #4, whose identity is known to the Grand Jury, for the purpose of committing robbery, and did travel interstate and did use a facility and instrumentality of interstate commerce, that is, a cellular telephone, in committing and in furtherance of the commission of the offense.

In violation of Title 18, United States Code, Section 1201(a)(1) and Section 2.

COUNT SIX
(Use of a Firearm During and In Relation to a Crime of Violence)

8. On or about April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX did knowingly use a firearm during and in relation to a crime of violence which may be prosecuted in a Court of the United States, to wit: Kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1), as charged in Counts Two through Five of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and Section 2.

COUNT SEVEN
(Conspiracy to Interfere with Commerce through Robbery)

9. From approximately March 1, 2013 through approximately April 11, 2013, in the District of Connecticut and elsewhere, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly and willfully conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery.

In violation of Title 18, United States Code, Section 1951(a).

COUNT EIGHT
(Interference with Commerce by Robbery)

10. On or about April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly and willfully obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that each defendant or one of his coconspirators did unlawfully take and obtain property in the custody and possession of Victim #1, whose identity is known to the Grand Jury, against his will, by means of actual and threatened force, violence and fear of injury

to his person.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT NINE
(Interference with Commerce by Robbery)

11. On or about April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly and willfully obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that each defendant or one of his coconspirators did unlawfully take and obtain property in the custody and possession of Victim #2, whose identity is known to the Grand Jury, against his will, by means of actual and threatened force, violence and fear of injury to his person.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT TEN
(Use of a Firearm During and In Relation to a Crime of Violence)

12. On or about April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX did knowingly use a firearm during and in relation to a crime of violence which may be prosecuted in a Court of the United States, to wit: Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Counts Eight and Nine.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and Section 2.

COUNT ELEVEN
(Interference with Commerce by Threats and Violence)

13. On approximately April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and

KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly and willfully commit and threaten physical violence to Victim #3, whose identity is known to the Grand Jury, in furtherance of a plan and purpose to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT TWELVE
(Interfere with Commerce by Threats and Violence)

14. On approximately April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX, together with others known and unknown to the Grand Jury, did knowingly and willfully commit and threaten physical violence to Victim #4, whose identity is known to the Grand Jury, in furtherance of a plan and purpose to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT THIRTEEN
(Use of a Firearm During and In Relation to a Crime of Violence)

15. On or about April 11, 2013, in the District of Connecticut, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX did knowingly use a firearm during and in relation to a crime of violence which may be prosecuted in a Court of the United States, to wit: Interference with Commerce by Threats and Violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Counts Eleven and Twelve of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and Section 2.

FORFEITURE
(Hobbs Act Robbery)

16. Upon conviction of one or more of the offenses alleged in Counts Seven, Eight, Nine, Eleven and Twelve of this Indictment, defendants TIMOTHY FORBES, WILLIAM DAVIS, JEFFREY HOUSTON, CHRISTOPHER GAY and KASAM HENNIX shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1951 including but not limited to the following:

Vehicle:

1. One Jeep Grand Cherokee, seized on or about May 22, 2013, bearing Pennsylvania license plate FVT-3276, registered to Valerie L. Houston in Allentown, Pennsylvania, but driven by JEFFREY HOUSTON.

Jewelry:

1. Precious gemstones, jewelry and watches seized on or about May 22, 2013, from the residence of WILLIAM DAVIS in Allentown, Pennsylvania.
2. Precious gemstones, jewelry and watches seized on or about May 22, 2013, from the hotel room of CHRISTOPHER GAY in Bronx, New York.
3. Precious gemstones, jewelry and watches seized on or about May 22, 2013, from the residence of JEFFREY HOUSTON in Allentown, Pennsylvania.

Currency:

1. Approximately $65,672 in United States currency, seized on or about May 22, 2013, from the residence of WILLIAM DAVIS in Allentown, Connecticut.
2. Approximately $60,358 in United States currency, seized on or about May 22, 2013, from the hotel room of CHRISTOPHER GAY in Bronx, New York.
3. Approximately $1,604 in United States currency, seized on or about May 22, 2013, from the residence of JEFFREY HOUSTON in Allentown, Pennsylvania.

17. If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s), cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 981(a)(1) as incorporated by Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY

TRACY LEE DAYTON
ASSISTANT UNITED STATES ATTORNEY